**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL BROE and HEIDI BROE,** | : | No. 3:15cv985 |
| **Plaintiffs** | : | |
| | : | (Judge Munley) |
| **v.** | : | |
| | : | |
| **STEVEN MANNS,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 27th day of September 2016, it is hereby **ORDERED** that plaintiffs' motion for partial summary judgment (Doc. 35) is **GRANTED**.

                                            **BY THE COURT:**

                                            **s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court**