# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL BROE** and **HEIDI BROE,** | : | No. 3:15cv985 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| **STEVEN MANNS,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 5th day of December 2016, it is hereby **ORDERED** as follows:

1) Plaintiffs' motion to submit Daubert motion without deposing the expert (Doc. 52) is hereby **GRANTED**;

2) Plaintiffs' motion in limine to exclude opinions of Michael Raklewicz, M.D. (Doc. 47) is **DENIED**.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**